KATE WALSHAM, SBN 295362
Law Office of Kate Walsham
455 Market St Ste 1940
PMB 114107
San Francisco, California 94105
Phone: (510) 338-7756
Fax: (510) 609-1808
Email: kate@walshamlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark M.<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 4:26-cv-07273-TSH<br><br>**MOTION TO REDACT PLAINTIFF'S NAME TO PROTECT PLAINTIFF'S PRIVACY INTERESTS AND ~~PROPOSED~~ ORDER** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 5.2(c)(2)(B), and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff, by and through undersigned counsel, hereby moves this Court to redact Plaintiff's name in all filings related to this case. Specifically, Plaintiff moves this Court to order the substitution of Plaintiff's first name and last initial in any instance where otherwise the Plaintiff's name would appear in the parties' motions, pleadings and filings and this Court's orders, opinion and judgment.

FRCP 5.2(c) provides:

> LIMITATIONS ON REMOTE ACCESS TO ELECTRONIC FILES; SOCIAL-SECURITY APPEALS AND IMMIGRATION CASES. Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows:
>
> (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record;
>
> (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to:
>
> (A) the docket maintained by the court; and
>
> (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record.

The Committee on Court Administration and Case Management of the Judicial Conference of the United States published a Memorandum on May 1, 2018[1], recommending that federal courts "consider adopting a local practice of using only the first name and last initial of any non-government parties in the opinions [in Social Security and immigration] cases." The Committee issued its recommendation after noting that:

> Under the privacy policy and subsequent federal laws, documents related to Social Security and immigration cases have a unique status. They are not available via remote public access, and instead can only be accessed at the courthouse. These access limits are motivated by the substantial personal and medical information contained in these cases and the difficulty of redacting the sensitive information they contain. The restrictions do not, however, extend to dockets or court-issued opinions.
>
> As a result, the opinions, which (by their very nature) often contain a large amount of personal and medical information, remain widely available to the public through a number of government and commercial sources, including the Federal Digital System (FDsys) document repository administered by the Government Publishing Office (GPO); PACER; court websites; and legal research databases such as Westlaw and Lexis Nexis. Indeed, unlike most documents accessible through PACER, opinions are often available through public search engines such as Google.
>
> This results in a self-defeating scenario in which Fed. R. Civ. P. 5.2(c)(2)(B) restricts remote public access to Social Security and immigration cases because the information they contain is too sensitive to be broadly available, but then places no limits on public

[1] *Available at*: https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf

> access to the opinions that contain much of the same information and are the likeliest documents to be circulated and scrutinized. Though the Committee believes there is a substantial, valid interest in having these opinions publicly available, widespread dissemination defeats the purpose of not making other documents from these cases available via remote access, which is to limit the release of personal and sensitive information.

The Committee's recommendation to use the first name and last initial of non-governmental parties in Social Security and immigration cases ensures that the public maintains access to these opinions while still obscuring parties' identities within the opinions.

Accordingly, Plaintiff respectfully requests that the Court grant this Motion to Redact in order to protect Plaintiff's privacy interests as recognized in FRCP 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

Dated: July 15, 2026

Respectfully submitted,

/s/ *Kate Walsham*
KATE WALSHAM
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

This matter, having come before the Court on Plaintiff's Motion to Redact Plaintiff's Name, and, it appearing that the Motion should be granted for good cause shown, it is hereby ORDERED that the parties shall substitute Plaintiff's first name and last initial in all instances where Plaintiff's name would otherwise appear in the parties' motions, pleadings and any other filings in this case.

**IT IS SO ORDERED**

Dated: July 15, 2026

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE